O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIVEL VALDEZ,<br><br>               Plaintiff,<br>   v.<br>CENTENNIAL LEASING LLC,<br><br>               Defendant. | Case No. 2:11-cv-10359-ODW(AJWx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On March 20, 2012, the Court issued an Order to Show Cause why this action should not be dismissed for lack of prosecution and for Plaintiff Marivel Valdez's failure to comply with the Court's January 23, 2012 Order Setting Scheduling Conference. (Dkt. No. 20.) Specifically, the Court noted that Plaintiff had failed to (1) serve Defendant Centennial Leasing LLC with a copy of the Court's January 23, 2012 Order Setting Scheduling Conference; (2) contact Centennial to schedule the meeting of counsel on or before March 12, 2012; and (3) participate whatsoever in aiding Centennial to prepare a jointly signed Federal Rule of Civil Procedure 26(f) report to be filed on or before March 19, 2012. (*Id.*) As a result, the Court ordered Plaintiff to show cause in writing no later than March 26, 2012, why this action should not be dismissed for failure to prosecute her case and to comply with the Court's January 23, 2012 Order. (*Id.*)

///

1  As of March 27, 2012, the Court has received no writing demonstrating to the
2 Court any reason why this action should not be dismissed for lack of prosecution and
3 failure to comply with the Court's Order. While the Court notes that on March 23,
4 2012, Plaintiff filed a document titled, "Scheduling Meeting of Counsel Set for April
5 2, 2012 1:30 p.m." (Dkt. No. 21), this document in no way addresses Plaintiff's March
6 20, 2012 Order to Show Cause.

7  The Court recognizes that Plaintiff is proceeding in this action in pro se;
8 however, Plaintiff's pro se status does not absolve her of her responsibility to comply
9 fully with the Federal Rules of Civil Procedure or any orders issued by this Court. To
10 date, Plaintiff has been informed twice—once in the Court's January 23, 2012 Order
11 Setting Scheduling Conference and again in the Court's March 20, 2012 Order to
12 Show Cause—of her responsibility to participate in the preparation of a jointly signed
13 Rule 26(f) report. Plaintiff has neither undertaken this responsibility nor provided the
14 Court with any justification for her complete absence in the Rule 26(f) process.
15 Accordingly, pursuant to the Court's March 20, 2012 Order to Show Cause, Plaintiff's
16 case is hereby **DISMISSED WITHOUT PREJUDICE**.

17  Should Plaintiff choose to re-file her Complaint in pro se, the Court advises
18 Plaintiff that a Federal Pro Se Clinic is located in the United States Courthouse at 312
19 N. Spring Street, Room 525, Fifth Floor, Los Angeles, California 90012. The clinic is
20 open for appointments on Mondays, Wednesdays, and Fridays from 9:30 a.m to 12:00
21 p.m. and from 2:00 p.m. to 4:00 p.m. The Federal Pro Se Clinic offers on-site
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

information and guidance to individuals who are representing themselves in federal civil actions.

**IT IS SO ORDERED.**

March 27, 2012

_____
              **HON. OTIS D. WRIGHT II**
           **UNITED STATES DISTRICT JUDGE**